## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **RUSSELL EDOUARD ROBINSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 2019-0090 |
| ) | |
| **DANIEL KEVIN ELWELL, FAA** ) | |
| **ADMINISTRATOR,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**Appearances:**
**Russell Edouard Robinson,** *Pro Se*
St. Thomas, U.S.V.I.

**Kimberly L. Cole, Esq.,**
St. Thomas, U.S.V.I.
    *For Defendant Daniel Kevin Elwell, FAA Administrator*

## ORDER

**UPON CONSIDERATION** of the Report and Recommendation issued by Magistrate Judge Ruth Miller (Dkt. No. 19) on Defendant Daniel Kevin Elwell, Federal Aviation Administration ("FAA") Administrator's ("Defendant") "Motion to Dismiss" (Dkt. No. 7); Plaintiff Russell Edouard Robinson's ("Plaintiff") Objection thereto (Dkt. No. 20); and for the reasons set forth in the accompanying Memorandum Opinion filed contemporaneously herewith, it is hereby

**ORDERED** that Plaintiff's Objection to the Magistrate Judge's Report and Recommendation (Dkt. No. 20) is **OVERRULED**; and it is further

**ORDERED** that the Magistrate Judge's Report and Recommendation (Dkt. No. 19) is **ADOPTED**; and it is further

**ORDERED** that Defendant's "Motion to Dismiss" (Dkt. No. 7) is **GRANTED** for lack of subject matter jurisdiction; and it is further

**ORDERED** that Plaintiff's "Motion Requesting Consolidation of Cases as Captioned" (Dkt. No. 16) is **DENIED AS MOOT**; and it is further

**ORDERED** that Plaintiff's "Judicial Notice Motion" (Dkt. No. 18) is **DENIED AS MOOT**; and it is further

**ORDERED** that the Clerk of Court is directed to mark this case **CLOSED**; and it is further

**ORDERED** that the Clerk of Court shall provide a copy of this Order to Plaintiff by certified mail, return receipt requested.

**SO ORDERED**.

Date:  March 17, 2023              _____/s/_____
                                   WILMA A. LEWIS
                                   District Judge